ROBERT E. GOLDMAN, Esq. (S.B. #159989)
Law Office of Robert E. Goldman
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL 33301
Tele: (954) 745-7450
Fax: (954) 745-7460

Attorney for Plaintiffs DANDEREA PRODUCE, INC., and VAL-PRO, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

DANDREA PRODUCE, INC., and VAL-PRO, INC. d/b/a VALLEY FRUIT AND PRODUCE CO.,

Plaintiffs,

vs.

1 SOURCE MARKETING GROUP, INC., SUNRIVER TRADING COMPANY LIMITED d/b/a SUNRIVER SALES, EVANS SALES, INC. d/b/a HORIZON MARKETING, SCOTT D. TERRY, NORMAN K. EVANS, and DOES 1 - 5

Defendants.

Case No.: 1:07-CV-01846-OWW-DLB

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE, AND ORDER APPROVING STIPULATION**

Plaintiff DANDREA PRODUCE, INC. and Defendants 1 SOURCE MARKETING GROUP, INC., SUNRIVER TRADING COMPANY LIMITED d/b/a SUNRIVER SALES, EVANS SALES, INC. d/b/a HORIZON MARKETING, SCOTT D. TERRY, NORMAN K. EVANS SUNRIVER TRADING COMPANY LIMITED d/b/a SUNRIVER SALES, EVANS



PDF created with pdfFactory trial version www.pdffactory.com

SALES, INC. d/b/a HORIZON MARKETING, and NORMAN K. EVANS, stipulate DANDREA PRODUCE, INC.'S voluntary dismissal with prejudice of its claims against Defendants 1 SOURCE MARKETING GROUP, INC., SUNRIVER TRADING COMPANY LIMITED d/b/a SUNRIVER SALES, EVANS SALES, INC. d/b/a HORIZON MARKETING, SCOTT D. TERRY, NORMAN K. EVANS SUNRIVER TRADING COMPANY LIMITED d/b/a SUNRIVER SALES, EVANS SALES, INC. d/b/a HORIZON MARKETING, and NORMAN K. EVANS, with these parties to bear their own attorney's fees and costs in connection with this suit.

By: s/____________________________
Michael P. Smith (SB#206927)
mps@lampe-law.com
Law Offices of Michael J. Lampe
108 West Center Avenue
Visalia, California 93291
Phone: 559.738.5975
Fax: 559.738.5644
Attorney for Defendants SUNRIVER TRADING COMPANY LIMITED d/b/a SUNRIVER SALES EVANS SALES, INC. d/b/a HORIZON MARKETING, and NORMAN K. EVANS

By: s/ Robert E. Goldman
Robert E. Goldman, Esq. (SB#159989)
Robert@goldmanlaw.com
LAW OFFICE OF ROBERT E. GOLDMAN
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL 33301
Phone: (954) 745-7450
Fax: (954) 745-7460
Attorney for Plaintiffs

By: s/____________________________
Michael L. Farley (SBN 76368)
kfike@farleylawfirm.com
108 West Center Avenue
Visalia, CA 93291
Tel: (559) 738-5975
Fax: (559) 732-2305
Attorney for 1 SOURCE MARKETING, INC. and SCOTT D. TERRY



PDF created with pdfFactory trial version www.pdffactory.com

**ORDER APPROVING STIPULATION**

IT IS SO ORDERED.

Dated: September 11, 2008

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE



PDF created with pdfFactory trial version www.pdffactory.com